| AO 10<br>Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>LAND, CLAY D. | 2. Court or Organization<br><br>GEORGIA - MIDDLE DISTRICT | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>P.O. BOX 2017<br>COLUMBUS, GA<br>31902 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Buchanan & Land, LLP (Attorney) |
| 2. | 2018 | Buchanan Law Firm, PC (Attorney) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust (Money Market) | A | Interest | | | Closed | 05/01/18 | M | | |
| 2. Synovus (Money Market) (formerly CB&T) | A | Interest | J | T | | | | | |
| 3. Synovus (CDs) (formerly CB&T) | B | Interest | M | T | Matured (part) | 01/20/18 | M | | |
| 4. | | | | | Matured | 10/04/18 | M | | |
| 5. | | | | | Buy | 11/11/18 | M | | |
| 6. | | | | | Buy | 12/28/18 | L | | |
| 7. Compass Bank (CDs) | C | Interest | | | Matured | 12/28/18 | M | | |
| 8. MB FINL Bank CD Chicago IL (CDs) | C | Interest | M | T | Buy | 01/29/18 | M | | |
| 9. Bank of Baroda New York NY (CDS) | A | Interest | M | T | Buy | 12/03/18 | L | | |
| 10. JPMorgan Chase Bank Columbus OH (CDs) | A | Interest | L | T | Buy | 12/28/18 | L | | |
| 11. Morgan Stanley (CDS) | B | Interest | | | Matured | 12/07/18 | L | | |
| 12. Bank of China New New York NY (CDS) | A | Interest | L | T | Buy | 12/28/18 | L | | |
| 13. MUFG UN BK N A San Fran Calif (CDs) | A | Interest | L | T | Buy | 10/09/18 | L | | |
| 14. Morgan Stanley (Money Markets) | A | Interest | N | T | | | | | |
| 15. Raymond James (Money Markets) | A | Interest | J | T | | | | | |
| 16. Rental Property, Columbus, GA (2001 $121,000) | C | Rent | M | R | | | | | |
| 17. Aberdeen Japan Equity Fund Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Europacific Growth C | A | Dividend | K | T | Buy (add'l) | 10/12/18 | J | | |
| 19. American Funds Europacific Growth F2 | A | Dividend | J | T | | | | | |
| 20. Artisan International Fund Advisor Class N/L | A | Dividend | J | T | Buy (add'l) | 05/15/18 | J | | |
| 21. AT&T Inc (formerly Time Warner Inc) | A | Dividend | J | T | | | | | |
| 22. Baird Aggregate Bond Fund Instl Class N/L | A | Dividend | K | T | | | | | |
| 23. Champlain Mid Cap Fund Advisor Class N/L | A | Dividend | J | T | | | | | |
| 24. Charter Communications Inc | | None | J | T | | | | | |
| 25. Cisco Systems | A | Dividend | J | T | | | | | |
| 26. Clearbridge Dividend Strategy Fund Class I N/L | A | Dividend | J | T | | | | | |
| 27. Coca-Cola Inc | B | Dividend | K | T | | | | | |
| 28. Comcast Corp Class A | A | Dividend | K | T | | | | | |
| 29. Diamond Hill Long-Short Fund C | A | Dividend | K | T | | | | | |
| 30. Dodge & Cox Income Fund N/L | A | Dividend | K | T | | | | | |
| 31. Federated Short Term Income Fd Institutional Shares IS N/L | A | Dividend | J | T | Buy | 05/16/18 | J | | |
| 32. Freeport McMoran CP&GLD | A | Dividend | J | T | | | | | |
| 33. Goldman Sachs Mid Cap Value Fund Class C | D | Dividend | K | T | | | | | |
| 34. Intel Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Select Dividend ETF (formerly IShares TR Dow Jones Select Div) | A | Dividend | K | T | | | | | |
| 36. IShares MSCI Emerging Mkts ETF | A | Dividend | J | T | Buy | 10/12/18 | J | | |
| 37. Invesco QQQ Trust, Series 1 (QQQ) (formerly Powershares QQQ TR Ser 1) | B | Dividend | M | T | Buy (add'l) | 04/02/18 | K | | |
| 38. John Hancock Disciplined Value Fund Class I | A | Dividend | J | T | | | | | |
| 39. JP Morgan High Yield Fund Class I N/L | A | Dividend | J | T | Sold (part) | 05/14/18 | J | | |
| 40. JP Morgan US Large-Cap Core Plus Select | B | Dividend | J | T | | | | | |
| 41. Loomis Sayles Growth Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 42. Metropolitan West Total Return Bond Fund Class I N/L | A | Dividend | K | T | | | | | |
| 43. MFS Research Fund Class A | B | Dividend | J | T | Sold (part) | 05/14/18 | J | B | |
| 44. Microsoft Inc | A | Dividend | K | T | | | | | |
| 45. NRG Energy Inc | A | Dividend | J | T | | | | | |
| 46. PIMCO Total Return Fund Class P N/L | A | Dividend | J | T | | | | | |
| 47. PGIM Absolute Return Bond Fund Class Z N/L (formerly Prudential) | A | Dividend | J | T | Sold (part) | 05/14/18 | J | | |
| 48. Royce SM MD CP PRM Consultant | D | Dividend | K | T | | | | | |
| 49. Royce Total Return Fund Consultant | D | Dividend | K | T | | | | | |
| 50. Southern Co. | D | Dividend | M | T | | | | | |
| 51. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Suntrust Banks Inc | B | Dividend | K | T | | | | | |
| 53. T. Rowe Price Small Cap Value Fund Advisor Class N/L | A | Dividend | J | T | | | | | |
| 54. Time Inc. | | None | | | Sold | 01/31/18 | J | | |
| 55. Walt Disney Co Inc | A | Dividend | J | T | | | | | |
| 56. Wells Fargo International Value Fund Class I N/L | A | Dividend | J | T | Buy (add'l) | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Section VII - Since my retirement accounts are self directed IRA's, I did not list them in aggregate in the Investments/Trusts section; but instead, the individual assets contained in the IRA's (cash equivalents and stock) are included in the individual listing of cash equivalents and stocks in the Investments/Trusts section.

| Name of Person Reporting | Date of Report |
|---|---|
| LAND, CLAY D. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CLAY D. LAND**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544